MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770
E-mail:  mrwainer@swmfirm.com

Attorneys for FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for INDYMAC BANK, F.S.B.

JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER ESCOBEDO dba WEST COAST APPRAISALS; ROBERT G. DEMBROWSKI dba LAKEVIEW APPRAISALS; DAVID L. HO, an individual; and TERRANCE W. BANE, an individual,<br><br>Defendants. | Case No. 2:11-cv-5625 DSF (JCGx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE WRITTEN SETTLEMENT** |

Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK,

1

F.S.B. ("FDIC"), and defendant JENNIFER ESCOBEDO dba WEST COAST APPRAISALS, it is hereby ordered that:

    1. This action is dismissed with prejudice as to JENNIFER ESCOBEDO individually and dba WEST COAST APPRAISALS.

    2. The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the FDIC and JENNIFER ESCOBEDO dba WEST COAST APPRAISALS.

IT IS SO ORDERED.

Dated: 8/2/12  By: _____

    HONORABLE DALE S. FISCHER
    JUDGE OF THE UNITED STATES DISTRICT COURT

SNIPPER WAINER & MARKOFF
270 N. CANON DRIVE
PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90210
tel. (310) 550-5770  fax (310) 550-6770

2