1  MAURICE WAINER (State Bar No. 121678)
2  SNIPPER, WAINER & MARKOFF
   270 N. Canon Drive, Penthouse
3  Beverly Hills, CA  90210                          JS 6
   Telephone: (310) 550-5770
4  Facsimile: (310) 550-6770
5  E-mail:  mrwainer@swmfirm.com

6

7  Attorneys for FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver for INDYMAC BANK, F.S.B.
8

9

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  FEDERAL DEPOSIT INSURANCE          Case No. 2:11-cv-5625 DSF (JCGx)
    CORPORATION as Receiver for
14  INDYMAC BANK, F.S.B.,

15              Plaintiff,            **ORDER FOR DISMISSAL OF
                                      ACTION WITH THE COURT TO
16                                    RETAIN JURISDICTION TO
                                      ENFORCE WRITTEN
17       vs.                          SETTLEMENT**

18  JENNIFER ESCOBEDO dba WEST
    COAST APPRAISALS; ROBERT G.
19  DEMBROWSKI dba LAKEVIEW
    APPRAISALS; DAVID L. HO, an
20  individual; and TERRANCE W.
    BANE, an individual,
21

22              Defendants.
23

24

25

26         Based upon the Stipulation for Dismissal of Action with the Court

27  Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT

28  INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK,

                                    1

1  F.S.B. ("FDIC"), and defendant JENNIFER ESCOBEDO dba WEST COAST

2  APPRAISALS, it is hereby ordered that:

3          1.      This action is dismissed with prejudice as to JENNIFER

4  ESCOBEDO individually and dba WEST COAST APPRAISALS.

5          2.      The United States District Court for the Central District of

6  California shall retain jurisdiction to enforce the Settlement Agreement entered into

7  between the FDIC and JENNIFER ESCOBEDO dba WEST COAST APPRAISALS.

8          IT IS SO ORDERED.

9

10 Dated:  8/2/12                    By:_____

11                                         HONORABLE DALE S. FISCHER
                                           JUDGE OF THE UNITED STATES
12                                         DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SNIPPER WAINER & MARKOFF
270 N. CANON DRIVE
PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90210
tel. (310) 550-5770 fax (310) 550-6770